IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Karl Eugene Leslie,

Defendant.

No. CR-25-08232-001-PCT-DGC

***SECOND AMENDED* COMPLEX CASE MANAGEMENT ORDER**

In light of this Court granting the requested trial continuance to September 7, 2027, the parties proposed further amending the Amended Complex Case Management Order (Doc. 24), which the Court adopts as follows:

## I. DISCOVERY AND DISCLOSURE DEADLINES

A. Government's Deadlines

1. Initial Compliance with Rule 16 discovery[1] (except initial expert disclosures) — 4/30/2027

2. Rule 404(b), 413, 414 notice, if any — 6/30/2027

[1] The United States has provided and will continue to provide discovery timely as it becomes available. This proposed deadline references the discovery within the government's possession and control as of the date set for compliance. If additional records and information are discovered by, or disclosed to, the government during pretrial preparation or otherwise, pursuant to Rule 16(c), Fed. R. Crim. P., the government shall promptly disclose any additional documentary evidence or materials to the defense as soon as practicable after such disclosure or discovery occurs.

B. Defendant's Deadlines

| | | |
|---|---|---|
| 1. | Reciprocal Rule 16 discovery | 5/28/2027 |

C. Simultaneous Deadlines

| | | |
|---|---|---|
| 1. | Initial expert disclosures (simultaneous) | 5/28/2027 |
| 5. | Rebuttal expert disclosures (simultaneous) | 6/17/2027 |
| 5. | Production of Jencks material and witness impeachment material, if not produced sooner[2] | 8/2/2027 |

## II. FILING AND OTHER COURT DEADLINES

| | | |
|---|---|---|
| A. | Proposed Jury Questionnaire | *6/4/2027* |
| B. | Substantive Motions Deadline | *6/25/2027* |
| C. | Disclosure of Final Exhibit and Witness Lists | *8/2/2027* |
| D. | Motions *in Limine* | *8/6/2027* |
| E. | Responses to Motions *in Limine* | *8/20/2027* |
| F. | Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form | *8/2/2027* |
| G. | Final Pretrial Conference | *8/23/2027 at 10:00 AM* |
| H. | Trial (4 weeks, Tuesdays through Fridays) | *9/7/2027 at 9:00 AM* |

## III. STATUS CONFERENCE (date unchanged)

The next Status Conference is set for January 28, 2027, at 10:00 AM.

The Status Conference will be held in Courtroom 603, 401 West Washington Street, Phoenix, AZ 85003 before Senior U.S. District Court Judge David G. Campbell.

///

///

///

---

[2] If the government obtains any additional written *Jencks* material after this date, this *Jencks* material shall be produced promptly to the defense as soon as practicable.

The Court has designated this case as complex under 18 U.S.C. §3161(h)(7)(B)(ii). No excludable delay shall result from the entry of this order as time was previously excluded upon the granting of the motion to continue trial (Doc. 26).

Dated this 22nd day of October, 2026.

David G. Campbell
Senior United States District Judge