UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Karl Eugene Leslie,<br>Defendant. | CR-25-08232-001-PCT-DGC<br><br>**O R D E R** |

Upon motion of the United States of America, and good cause appearing:

**IT IS HEREBY ORDERED** granting the United States' Motion to Take Buccal Swabs of the Defendant. Doc. 30.

**IT IS FURTHER ORDERED** that the defendant, Karl Eugene Leslie, provide buccal swabs to be collected by an agent with the Federal Bureau of Investigation, which will be used for comparison with the evidence collected in this case.

Dated this 17th day of November, 2026

David G. Campbell
David G. Campbell
Senior United States District Judge